HARRINGTON v. GREEN.

(Supreme Court, Appellate Term. November 29, 1907.)

MONEY RECEIVED—GROUNDS.

Where defendant received a check, knowing that part of the amount was intended for plaintiff, but failed to pay it over, it may be recovered in an action.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 35, Money Received, § 31.]

Appeal from Municipal Court, Borough of Manhattan, Eighth District.

Action by John P. Harrington against John K. Green. Judgment for defendant, and plaintiff appeals. Reversed.

Argued before GILDERSLEEVE, P. J., and LEVENTRITT and ERLANGER, JJ.

Hippolyte A. Geney, for appellant.

Morgan & Mitchell (Arthur L. Marvin, of counsel), for respondent.

PER CURIAM. The defendant knew, when he received the check for $372 from the Bromonia Company, that $82.44 thereof was intended for the plaintiff. He neglected to pay it over, and he should be required in this action, brought to recover that sum, to respond accordingly.

Judgment reversed, and new trial ordered, with costs to appellant to abide event.